IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **CORNELL DOWDY,**<br><br>        Plaintiff,<br><br>    v.<br><br>**AMERICAN TIRE DISTRIBUTORS, INC.,**<br><br>        Defendant. | Case No.1:19-cv-0900-JRS-MPB |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Cornell Dowdy and Defendant American Tire Distributors, Inc., have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court has examined the Stipulation and now finds that the matter should be dismissed.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

So ORDERED.

Date: 10/17/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to ECF counsel of record.

4820-7635-5497.1 100585.1028